UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-60949-CIV-ZLOCH

KENNETH JACKSON,

    Plaintiff,

vs.                             **FINAL ORDER OF DISMISSAL**

CYPRESS HARBOR LANDSCAPING
COMPANY, and MICHAEL D. RASZKA,

    Defendants.
_____/

    THIS MATTER is before the Court upon the Joint Stipulation Of Dismissal (DE 12). The Court has carefully reviewed said Stipulation and the entire court file herein and is otherwise fully advised in the premises.

    The Court has scrutinized the terms of the Parties settlement agreement for fairness, and finds that it is in accord with the requirements set out in <u>Lynn's Food Stores, Inc. v. United States</u>, 679 F.2d 1350, 1353 (11th Cir. 1982).

    Accordingly, after due consideration, it is

    **ORDERED AND ADJUDGED** as follows:

    1. The Joint Stipulation Of Dismissal (DE 12) be and the same is hereby approved, adopted, and ratified;

    2. The above-styled cause is hereby **DISMISSED** with prejudice; and

    3. To the extent not otherwise disposed of herein, all pending Motions are hereby **DENIED** as moot.

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this   25th   day of September, 2008.

                                    /s/ William J. Zloch
                                WILLIAM J. ZLOCH
                                United States District Judge

Copies furnished:

All Counsel of Record